IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

JUSTIN HOOPER,

    Plaintiff/Appellant,

v.                                      Case No. 21-cv-165-WPJ[1]-JFJ

THE CITY OF TULSA,

    Defendant/Appellee.

## JUDGMENT

THIS MATTER came before the Court on the Complaint (Doc. 1) filed by Plaintiff Justin Hooper ("Plaintiff") appealing the decision of the Tulsa Municipal Criminal Court in Case No. 7470397 and seeking declaratory judgment that municipal courts in Tulsa lacked authority to hear criminal matters involving an Indian defendant. Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order (Doc. 24) previously filed by the Court;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant City of Tulsa's Motion to Dismiss (Doc. 6) is **GRANTED** as it pertains to declaratory judgment and that Plaintiff's appeal is therefore **MOOT**, thus disposing of this case on the merits.

_____
WILLIAM P JOHNSON
UNITED STATES DISTRICT JUDGE

---

[1] Chief United States District Judge William P. Johnson of the District of New Mexico was assigned this case as a result of the Tenth Circuit Order designating Judge Johnson to hear and preside over cases in the Northern District of Oklahoma.