**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**June 28, 2023**

_____

**Christopher M. Wolpert**
**Clerk of Court**

JUSTIN HOOPER,

    Plaintiff - Appellant,

v.

THE CITY OF TULSA,

    Defendant - Appellee.

-----------------------------

CHEROKEE NATION; CHICKASAW
NATION; CHOCTAW NATION OF
OKLAHOMA; QUAPAW NATION;
SEMINOLE NATION OF OKLAHOMA;
MUSCOGEE (CREEK) NATION; STATE
OF OKLAHOMA; OKLAHOMA
ASSOCIATION OF MUNICIPAL
ATTORNEYS,

    Amici Curiae.

No. 22-5034
(D.C. No. 4:21-CV-00165-WPJ-JFJ)
(N.D. Okla.)

_____

**JUDGMENT**
_____

Before **McHUGH**, **EID**, and **CARSON**, Circuit Judges.
_____

This case originated in the Norther District of Oklahoma and was argued by

counsel.

The judgment of that court is reversed and vacated.  The case is remanded to the

United States District Court for the Northern District of Oaklahoma for further

proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

## Brenda Conley

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Wednesday, June 28, 2023 11:39 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5034 Hooper v. The City of Tulsa "Opinion judgment filed" (4:21-CV-00165-WPJ-JFJ) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 06/28/2023 at 10:38:41 AM Mountain Daylight Time and filed on 06/28/2023

| | |
|---|---|
| **Case Name:** | Hooper v. The City of Tulsa |
| **Case Number:** | 22-5034 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11009242] Judgment for opinion filed. [22-5034]

**Notice will be electronically mailed to:**

Mr. Bryan Cleveland: bryan.cleveland@sde.ok.gov
Mr. Brian R. Danker: bdanker@choctawnation.com, sheilac@choctawnation.com
Mrs. Valerie R. Devol: vdevol@devollaw.com
Mr. John E. Dorman: jdorman@spencerfane.com
Mr. John Mikel Dunn: jmdunn@johndunnlaw.com
Mr. Anthony Joseph Ferate: ajferate@spencerfane.com
Mr. David Angelo Giampetroni: dgiampetroni@kanjikatzen.com, twalrod@kanjikatzen.com
Ms. Kristina L. Gray: kgray@cityoftulsa.org, tdisney@cityoftulsa.org, pbroyles@cityoftulsa.org, cnewell@cityoftulsa.org
Mr. Stephen Harold Greetham: sgreetham@greethamlaw.net, meredith.turpin@chickasaw.net
Mr. Robert H Henry: rh@rhhenrylaw.com
Ms. Sara Elizabeth Hill: sara-hill@cherokee.org, danita-cox@cherokee.org
Mr. Frank S. Holleman: fholleman@sonosky.com, cdevenney@sonosky.com
Mr. Riyaz A. Kanji: rkanji@kanjikatzen.com, dgiampetroni@kanjikatzen.com, ptinker@kanjikatzen.com, twalrod@kanjikatzen.com, vrush@kanjikatzen.com, cwendt@kanjikatzen.com
Mr. Andrew W. Lester: alester@spencerfane.com, lholkum@spencerfane.com, llanon@spencerfane.com
Mr. Hayes Thomas Martin: hmartin@cityoftulsa.org, tdisney@cityoftulsa.org
Ms. Courtney Davis Powell: cpowell@spencerfane.com, llanon@spencerfane.com
Mr. R. Lawson Vaughn, III: lvaughn@cityoftulsa.org, malvarez@cityoftulsa.org
Zachary Paul West: zach.west@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov

The following document(s) are associated with this transaction:
**Document Description:** Judgment
**Original Filename:** 22-5034_JudgmentREVREMARG.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=06/28/2023] [FileNumber=11009242-0]
[3296741c657e938bf1ae56a7373be498f469e85b5b4aacecfd6a21b55714b04c02641c7bd906136bd665d1ccaa0ef8ce8f6
b6133e5935f40f981ffdcb366d81d]]