# Lynn Tiefenthaler

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Wednesday, August 2, 2023 5:21 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5034 Hooper v. The City of Tulsa "Document filed" (4:21-CV-00165-WPJ-JFJ) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/02/2023 at 4:19:52 PM Mountain Daylight Time and filed on 08/02/2023

  **Case Name:**    Hooper v. The City of Tulsa
  **Case Number:**  [22-5034](#)

**Docket Text:**
[11018160] Supreme Court text-only order filed extending the stay of the mandate until 5:00 EDT, Friday, 08/04/2023. Served on 08/02/2023. Manner of Service: email. [22-5034]

**Notice will be electronically mailed to:**

Mr. Bryan Cleveland: bryan.cleveland@sde.ok.gov
Mr. Brian R. Danker: bdanker@choctawnation.com, sheilac@choctawnation.com
Mrs. Valerie R. Devol: vdevol@devollaw.com
Mr. John E. Dorman: jdorman@spencerfane.com
Mr. John Mikel Dunn: jmdunn@johndunnlaw.com
Mr. Anthony Joseph Ferate: ajferate@spencerfane.com
Mr. David Angelo Giampetroni: dgiampetroni@kanjikatzen.com, twalrod@kanjikatzen.com
Ms. Kristina L. Gray: kgray@cityoftulsa.org, tdisney@cityoftulsa.org, pbroyles@cityoftulsa.org, cnewell@cityoftulsa.org
Mr. Stephen Harold Greetham: sgreetham@greethamlaw.net, meredith.turpin@chickasaw.net
Mr. Robert H Henry: rh@rhhenrylaw.com
Ms. Sara Elizabeth Hill: sara-hill@cherokee.org, danita-cox@cherokee.org
Mr. Frank S. Holleman: fholleman@sonosky.com, cdevenney@sonosky.com
Mr. Riyaz A. Kanji: rkanji@kanjikatzen.com, dgiampetroni@kanjikatzen.com, ptinker@kanjikatzen.com, twalrod@kanjikatzen.com, vrush@kanjikatzen.com, cwendt@kanjikatzen.com
Mr. Andrew W. Lester: alester@spencerfane.com, lholkum@spencerfane.com, llanon@spencerfane.com
Mr. Hayes Thomas Martin: hmartin@cityoftulsa.org, tdisney@cityoftulsa.org
Ms. Courtney Davis Powell: cpowell@spencerfane.com, llanon@spencerfane.com
Mr. R. Lawson Vaughn, III: lvaughn@cityoftulsa.org
Zachary Paul West: zach.west@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Mr. Kevin W. Dellinger
P.O. Box 580
Okmulgee, OK 74447-0000