UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 4, 2023

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**   22-5034, Hooper v. The City of Tulsa
Dist/Ag docket: 4:21-CV-00165-WPJ-JFJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 28, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Bryan Cleveland
      Brian R. Danker
      Valerie R. Devol
      John E. Dorman
      John Mikel Dunn
      Anthony Joseph Ferate
      David Angelo Giampetroni
      Kristina L. Gray
      Stephen Harold Greetham
      Robert H Henry

Sara Elizabeth Hill
Frank S. Holleman
Riyaz A. Kanji
Andrew W. Lester
Hayes Thomas Martin
Courtney Davis Powell
R. Lawson Vaughn III
Zachary Paul West

CMW/sls

# Lynn Tiefenthaler

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, August 4, 2023 3:24 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5034 Hooper v. The City of Tulsa "Mandate issued" (4:21-CV-00165-WPJ-JFJ) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/04/2023 at 2:21:23 PM Mountain Daylight Time and filed on 08/04/2023

| | |
|---|---|
| **Case Name:** | Hooper v. The City of Tulsa |
| **Case Number:** | 22-5034 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11018876] Mandate issued. [22-5034]

**Notice will be electronically mailed to:**

Mr. Bryan Cleveland: bryan.cleveland@sde.ok.gov
Mr. Brian R. Danker: bdanker@choctawnation.com, sheilac@choctawnation.com
Mrs. Valerie R. Devol: vdevol@devollaw.com
Mr. John E. Dorman: jdorman@spencerfane.com
Mr. John Mikel Dunn: jmdunn@johndunnlaw.com
Mr. Anthony Joseph Ferate: ajferate@spencerfane.com
Mr. David Angelo Giampetroni: dgiampetroni@kanjikatzen.com, twalrod@kanjikatzen.com
Ms. Kristina L. Gray: kgray@cityoftulsa.org, tdisney@cityoftulsa.org, pbroyles@cityoftulsa.org, cnewell@cityoftulsa.org
Mr. Stephen Harold Greetham: sgreetham@greethamlaw.net, meredith.turpin@chickasaw.net
Mr. Robert H Henry: rh@rhhenrylaw.com
Ms. Sara Elizabeth Hill: sara-hill@cherokee.org, danita-cox@cherokee.org
Mr. Frank S. Holleman: fholleman@sonosky.com, cdevenney@sonosky.com
Mr. Riyaz A. Kanji: rkanji@kanjikatzen.com, dgiampetroni@kanjikatzen.com, ptinker@kanjikatzen.com, twalrod@kanjikatzen.com, vrush@kanjikatzen.com, cwendt@kanjikatzen.com
Mr. Andrew W. Lester: alester@spencerfane.com, lholkum@spencerfane.com, llanon@spencerfane.com
Mr. Hayes Thomas Martin: hmartin@cityoftulsa.org, tdisney@cityoftulsa.org
Mr. Mark C. McCartt, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Ms. Courtney Davis Powell: cpowell@spencerfane.com, llanon@spencerfane.com
Mr. R. Lawson Vaughn, III: lvaughn@cityoftulsa.org
Zachary Paul West: zach.west@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov

The following document(s) are associated with this transaction:
**Document Description:** Regular Mandate letter - Opinion
**Original Filename:** /opt/ACECF/live/forms/StacySteinbrecher_225034_11018876_147.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/04/2023] [FileNumber=11018876-0]
[a1ec9728c339d71edb84b1b045bd1c432de14208f3f61c1128d307e27627e1abe4736398446840bdb91c9e9a69a3956ecb6aed91404b3575c89e2e8d84772901]]
**Recipients:**

- Mr. Bryan Cleveland
- Mr. Brian R. Danker
- Mrs. Valerie R. Devol
- Mr. John E. Dorman
- Mr. John Mikel Dunn
- Mr. Anthony Joseph Ferate
- Mr. David Angelo Giampetroni
- Ms. Kristina L. Gray
- Mr. Stephen Harold Greetham
- Mr. Robert H Henry
- Ms. Sara Elizabeth Hill
- Mr. Frank S. Holleman
- Mr. Riyaz A. Kanji
- Mr. Andrew W. Lester
- Mr. Hayes Thomas Martin
- Mr. Mark C. McCartt, Clerk of Court (oclk)
- Ms. Courtney Davis Powell
- Mr. R. Lawson Vaughn, III
- Zachary Paul West