# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUSTIN HOOPER, | ) |
| Plaintiff/Appellant, | ) |
| vs. | ) Case No. 21-CV-165-WPJ-JFJ |
| CITY OF TULSA, | ) |
| Defendant/Appellee. | ) |

## DEFENDANT CITY OF TULSA'S UNOPPOSED
## MOTION FOR STATUS CONFERENCE

Defendant City of Tulsa respectfully requests this Court schedule a status conference either by telephone or by zoom to allow the parties and the Court to discuss the status of this case and a plan for continuing with the litigation after the Opinion and Order of the Tenth Circuit remanding the matter for further proceedings. Counsel for the Plaintiff has indicated he has no objection to this request for a status conference.

A proposed Order has been submitted in compliance with this Court's local rules.

WHEREFORE, Defendant City of Tulsa respectfully requests this Court schedule a status conference at the Court's convenience.

Respectfully submitted,

CITY OF TULSA, OKLAHOMA
a municipal corporation

JACK C. BLAIR
Interim City Attorney

By: s/Kristina L. Gray
Kristina L. Gray, OBA#21685
Litigation Division Manager
Shelton L. Benedict, OBA #11058
Criminal Division Manager
R. Lawson Vaughn, OBA#21557
Assistant City Attorney
Hayes T. Martin, OBA #32059
Assistant City Attorney
City Hall @ One Technology Center
175 E. Second Street, Suite 685
Tulsa, Oklahoma 74103
Telephone (918) 596-7717
Facsimile (918) 596-9700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

John Dunn

/s/Kristina L. Gray
Kristina L. Gray