IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

JUSTIN HOOPER,

    Plaintiff/Appellant,

                                                                         Case No. 21-CV-165-WPJ-JFJ

v.

CITY OF TULSA,

    Defendant/Appellee,

## AMENDED ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION FOR STATUS CONFERENCE

    The Court previously scheduled this case for a Status Conference on November 9th, 2023 at 10:00am (Mountain) via Zoom Video conference.

    The Court must reschedule this Status Conference to November 20th, 2023 at 1:30pm.

    **IT IS THEREFORE ORDERED** that the parties will appear via Zoom Video Conference on November 20th, 2023, at 1:30pm (Mountain time) for a status conference. Zoom meeting information is listed below, if the parties have questions regarding the Zoom Video Conference, please contact Ashley Kittrell 505-348-2331. Parties are instructed to join the Zoom Conference call fifteen minutes prior to the hearing.

_____
WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE

Ashley Kittrell is inviting you to a scheduled ZoomGov meeting.

Topic: NDOK 21-CV-165-WPJ-JFJ Status Conference
Time: Nov 20, 2023 01:30 PM Mountain Time (US and Canada)

Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1612953612?pwd=c1hMV1hxOG5NajVBeVJqenNVVzRvZz09

Meeting ID: 161 295 3612
Passcode: 1212

---

One tap mobile
+16692545252,,1612953612#,,,,*1212# US (San Jose)
+16468287666,,1612953612#,,,,*1212# US (New York)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)

Meeting ID: 161 295 3612
Passcode: 1212

Find your local number: https://nmd-uscourts.zoomgov.com/u/adEcuMwGB6

---

Join by SIP
• 1612953612@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 161 295 3612
Passcode: 1212