# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** 4:21-cv-00165-WPJ-JFJ  **Date:** December 4, 2023

**Parties:** Hooper v. City of Tulsa, The

**Courtroom Clerk/Law Clerk:** Ashley Kittrell/ Joseph Gergel    **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Status Conference

**Place of Court:** Via Zoom

**Total time in Court:** 1:33pm-1:53pm, 20 minutes

**Evidentiary Hearing:** NO

**Attorneys Present for Plaintiff(s):**
John Mikel Dunn

**Attorneys Present for Defendant(s):**
Kristina L. Gray

**Muskogee Creek Nation**: **Riyaz Kanji**, Stephanie Rush, Joseph Williams, Geraldine Wisner, David Giampetroni, Phillip Tinker

**Proceedings:**

1:33    Court in session. Counsel enter their appearance.

1:36    Mr. Dunn begins argument. Ms. Gray responds. The Court asks questions based on Mr. Gray's response.

1:43    Mr. Dunn replies to the argument.

1:44    Mr. Kanji responds.

1:49    Ms. Gray replies.

1:51    The Court rules that a final order will be entered soon, after the Court reviews the Tenth Circuit's remand.

1:53    Court is in recess.