IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

JUSTIN HOOPER,

    Plaintiff/Appellant,

v.   No. 21-CV-00165-WPJ-JFJ

CITY OF TULSA,

    Defendant/Appellee.

### JUDGMENT OF DISMISSAL WITHOUT PREJUDICE ON THE MANDATE

**THIS MATTER** is before the Court[1] under Fed. R. Civ. P. 58 and the Court having entered its Order of Dismissal Without Prejudice on remand from the Tenth Circuit,

**THEREFORE**, it is **ORDERED, ADJUDGED,** and **DECREED**:

(1) As a matter of Tenth Circuit law, Section 14 of the Curtis Act no longer applies to Tulsa and therefore Tulsa no longer has jurisdiction over municipal violations committed by its Indian inhabitants;

(2) this Court lacks subject matter jurisdiction over Mr. Hooper's appeal from the municipal court and the appeal is **DISMISSED WITHOUT PREJUDICE;**

(3) to the extent Plaintiff seeks further declaratory relief, the Court lacks jurisdiction to grant such relief; and

(4) all remaining claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction and this civil case is **CLOSED.**

                                                      UNITED STATES DISTRICT JUDGE

---

[1] Chief United States District Court Judge William P. Johnson of the District of New Mexico was assigned this case as a result of the Tenth Circuit Order designating Judge Johnson to hear and preside over cases in the Northern District of Oklahoma.